MABEL HODGSON, ET ALS., PLAINTIFFS-RESPONDENTS, v. LeROY V. POHL, ET ALS., DEFENDANTS-PETITIONERS.

See same case below: 16 *N. J. Super.* 87.

*Messrs. Starr, Summerill & Davis, Mr. Sidney P. McCord, Jr.,* and *Messrs. Orlando, Devine & Tomlin* for the petitioners.

*Mr. Walter S. Keown* for the respondents.

February 11, 1952. Granted.

HELEN BUJALSKI, AS GUARDIAN AD LITEM FOR ALEX KULINKA, PETITIONER-RESPONDENT, v. FLOCKHART FOUNDRY COMPANY, RESPONDENT-PETITIONER.

See same case below: 16 *N. J. Super.* 249.

*Mr. James J. Carroll and Mr. Frank Fink* for the petitioner.

*Messrs. Avidan & Avidan* and *Miss Sara M. Lewitt* for the respondent.

February 11, 1952. Denied.